UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MIKE FRANKLIN,                    )
                                  )
        Plaintiff,                )
                                  )    CIVIL ACTION NO.          CMo
    vs.                           )
                                  )    CV-98-AR-0028-S
KOPPERS INDUSTRIES, INC. and      )
BEAZER EAST, INC.,                )                    ENTERED
                                  )
        Defendants.               )                    AUG 1 4 1998

## MEMORANDUM OPINION

The above-entitled action is before the court on plaintiff's
motion to alter, amend, or vacate judgment or, alternatively,
motion for relief from judgment.  On July 8, 1998, the court
entered summary judgment in favor of defendants.  It is that
decision which plaintiff asks the court to revisit.

After due consideration, the court finds that plaintiff's
motion is well taken in only one respect.  In its opposition to
defendants' motion for summary judgment, plaintiff submitted
evidence of possible ongoing violations of the Federal Water
Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.* ("Clean Water
Act") by defendants.  Given this evidence, it was perhaps
unnecessary for the court to dismiss all of plaintiff's Clean
Water Act claims with prejudice.  Therefore, the court concludes
that plaintiff's motion is due to be partially granted so as to
dismiss without prejudice any Clean Water Act claims arising

after the filing of his complaint.

The court will enter a separate and appropriate order in keeping with the foregoing.

DONE this 14th day of August, 1998.

William M. Ackr

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE